AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America
v.
Angel Cruz

Case No: 4:09-cr-01132-TLW
USM No: 19126-171

Date of Original Judgment: 09/20/2010
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

William F. Nettles IV
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because Defendant's current sentence is the mandatory minimum and there has been no 5K1.1 or Rule 35(b) departure.

Except as otherwise provided, all provisions of the judgment dated  09/20/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/12/2015

s/ Terry L. Wooten
*Judge's signature*

Effective Date:
*(if different from order date)*

Terry L. Wooten, Chief United States District Judge
*Printed name and title*